# IN THE SUPREME COURT OF THE STATE OF NEVADA

LOREN K. BRAZELL,

               Appellant,

vs.

DEBRA BRAZELL,

               Respondent.

No. 72301

**FILED**

AUG 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of dismissal pursuant to NRCP 41(e). Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

On July 5, 2017, this court entered an order directing appellant, within 15 days, to file and serve a transcript request form or certificate of no transcript request in compliance with NRAP 9(b), the docketing statement (NRAP 14), and an opening brief that complies with NRAP 28 and NRAP 32 or an informal brief for parties proceeding in pro se. We cautioned appellant that failure to comply with our order could result in the dismissal of this appeal. To date, appellant has failed to file the documents or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Douglas

_____ , J.
Pickering

_____ , J.
Hardesty

---

[1]We deny as moot respondent's motion to dismiss the appeal.

17-28633

cc: Hon. John Schlegelmilch, District Judge
Loren K. Brazell
Wallace & Millsap LLC
Third District Court Clerk